FILED BY _____MB_____ D.C.

Oct 22, 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 25-MJ-00096-AEV

UNITED STATES OF AMERICA,

v.

OSCAR BAUTISTA-RAMIREZ,
          Defendant.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?   **No.**

2. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?   **No.**

3. Did this matter involve the participation of or consultation now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?   **No.**

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?   **No.**

                                  Respectfully submitted,

                                  JASON A. REDING QUIÑONES
                                  UNITED STATES ATTORNEY

                By:    */s/ Christopher H. Hudock*
                      **CHRISTOPHER H. HUDOCK**
                      Assistant United States Attorney
                      Florida Bar No. 92454
                      101 S. U.S. Highway 1, Suite 3100
                      Fort Pierce, Florida 34950
                      Tel: (772) 293-0951
                      Email: Christopher.Hudock@usdoj.gov

AO 91 (Rev. 11/11)  Criminal Complaint

FILED BY ___MB___ D.C.
Oct 22, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTP

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| OSCAR BAUTISTA-RAMIREZ | ) | Case No. 25-MJ-00096-AEV |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 16, 2025__ in the county of __Indian River__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(1) | Previously Removed Alien Found in the United States. |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

_____
Complainant's signature

Cesar Barrientos, Resident Agent, USBP
Printed name and title

Sworn to before me and signed in my presence.

Date: 22 October 2025

_____
Judge's signature

City and state: Fort Pierce, Florida

Ann E. Vitunac, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Cesar Barrientos, first being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am employed as a United States Border Patrol Resident Agent, with Customs and Border Protection and the United States Department of Homeland Security ("DHS"). I have been a United States Border Patrol Agent for the last 25 years. I am currently the Vero Beach Resident Agent assigned to the West Palm Beach Border Patrol Station in Riviera Beach, Florida. As a Border Patrol Resident Agent, my duties and responsibilities include enforcing federal criminal and administrative immigration laws of the United States.

2. As a federal agent, I have participated in investigations of persons suspected of violating a variety of federal laws governing the borders and the interior of the United States, which include immigration violations. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the execution of arrest and search and seizure warrants. As a federal agent, I am authorized to conduct investigations of, and to make arrests for, offenses involving immigration law violations, including those offenses enumerated in Titles 8, 18, 19, and 21 of the United States Code.

3. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that Oscar BAUTISTA-RAMIREZ ("BAUTISTA-RAMIREZ"), committed the offense of being a previously removed alien found in the United States, in violation of Title 8, United States Code, Sections 1326(a) and (b)(1).

## PROBABLE CAUSE

4.   On or about October 16, 2025, I conducted a traffic stop to perform an immigration inspection on a Toyota pickup truck registered to BAUTISTA-RAMIREZ, a Mexican national, at the 400 block of 27th Avenue SW in Vero Beach, Indian River County, Florida. Based on a search of DHS Databases, BAUTISTA-RAMIREZ was illegally present in the United States, having been previously removed to Mexico, on or about October 1, 2015.

5.   I approached the driver's side door of the truck, and immediately recognized the driver as BAUTISTA-RAMIREZ, based on a photograph obtained from the Florida's Driver and Vehicle Information Database (DAVID). I questioned BAUTISTA-RAMIREZ about his citizenship and right to be and remain in the United States legally. BAUTISTA-RAMIREZ explained that he had immigration documents, and provided an employment authorization document and a Florida driver's license bearing his name and date of birth.

6.   I explained to BAUTISTA-RAMIREZ that an employment authorization document and a Florida driver's license do not provide immigration status to foreign nationals. BAUTISTA-RAMIREZ could not provide any other proof that he obtained a pardon, or visa to enter or remain in the United States legally.

7.   I placed BAUTISTA-RAMIREZ in immigration custody, and based on his criminal history, requested a K-9 unit from the Indian River County Sheriff's Office (IRCSO) to assist with a K-9 sniff of the truck.

8.   IRSCO Deputy Brandon McKay and his K-9 partner Toby responded to the scene and conducted a free-air sniff of the truck. Deputy McKay's K-9 partner alerted to the presence of narcotics near the front passenger's door.

9.   Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Special Agent Brittany Distefano and I conducted a thorough search of the truck. SA Distefano searched the

2

glove compartment, and located a small clear plastic baggie containing a white powdery substance, which appeared to be powder cocaine, hidden inside an envelope. After returning to the station, I field tested the white powdery substance, which tested positive for the presence of cocaine.

10. I reviewed electronic copies of documents from BAUTISTA-RAMIREZ's immigration alien file. These records revealed that BAUTISTA-RAMIREZ is a native and citizen of Mexico, that he was previously ordered removed by an Immigration Judge on February 10, 2011, and that he was removed to Mexico on February 15, 2011.

11. Thereafter, BAUTISTA-RAMIREZ illegally reentered the United States. BAUTISTA-RAMIREZ was removed from the United States to Mexico on October 1, 2015.

12. BAUTISTA-RAMIREZ'S fingerprints, recorded during his October 16, 2025 arrest, were electronically submitted to a DHS database, which triggered a positive match for an alien previously removed from the United States, under alien registration number AXXX XXX 462, assigned to BAUTISTA-RAMIREZ.

13. This search also revealed that on September 13, 2010, BAUTISTA-RAMIREZ was convicted in Florida state court, of possession of cocaine, in violation of Florida Statute 893.13(6)(a), a third degree felony; tampering with evidence, in violation of Florida Statute 918.13, a third degree felony; possession of cocaine, in violation of Florida Statute 893.13(6)(a), a third degree felony; and driving without a valid license, in violation of Florida Statute 322.03(1), a second degree misdemeanor.

14. I conducted a record check in the DHS Computer Linked Application Informational Management System (CLAIMS) to determine if BAUTISTA-RAMIREZ had filed an application for permission to reapply for admission into the United States after his removal. No record was found to exist indicating that BAUTISTA-RAMIREZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United

3

States as required by law.

15. Based on the foregoing, there is probable cause that on or about October 16, 2025, Oscar BAUTISTA-RAMIREZ, an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a) and (b)(1).

Cesar Barrientos
Resident Agent
United States Border Patrol

Subscribed and sworn to before me, on this __22__ day of October 2025.

ANN E. VITUNAC
UNITED STATES MAGISTRATE JUDGE